# THE LAW OFFICE OF
## NOOR A. SAAB

|  |  |  |
|---|---|---|
| Noor A. Saab, Esq.*<br>-----------<br>* Admitted in New York | 380 N. Broadway, Ste 300<br>Jericho, New York 11753<br>Tel: (718) 740-5060 * Fax: (718) 709-5912<br>Email:  NoorASaabLaw@gmail.com | QUEENS OFFICE<br>148-02 Hillside Ave<br>Jamaica, New York 11435 |

September 21, 2023

**BY ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   Jasmine Robertson v. Beccair LLC - Case No. 1:23-cv-05108

To the Honorable Judge Katherine Polk Failla,

   Plaintiff submits this letter-motion respectfully requesting that the initial conference be adjourned and the Plaintiff be granted an extension of time to serve the Defendant. The instant action was filed June 16, 2023. Plaintiff has made one (1) attempts to personally serve the Defendant. Unfortunately, service has not been executed.  Plaintiff respectfully requests a thirty (30) day extension to attempt service on the Secretary of State to effect service upon the Defendant and an adjournment of the initial conference and a reset of the case deadlines.  This is the first time the Plaintiff has requested this relief.

   The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

/s/ Noor A. Saab, Esq.

```
Application GRANTED.  Plaintiff may have an additional thirty
days to execute service.  Accordingly, the initial pretrial
conference currently scheduled for September 29, 2023, is hereby
ADJOURNED to November 15, 2023, at 11:30 a.m.

The Clerk of Court is directed to terminate the pending motion at
docket number 6.

                                    SO ORDERED.
Dated:    September 22, 2023
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE